**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE:
JOHN NORMAN BRUCE
STACEY SHAWN BRUCE
DEBTORS                                                                                          CASE NO. 18-20735

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED amended plan filed July 26, 2018, Doc. 22

1.      Schedule I reflects a $440.81 deduction for a retirement loan payment. Debtors provided documentation showing April 9, 2019 as the month in which the final loan payment is due. Amend the plan to increase plan payments by the amount of the loan payment beginning in May of 2019, which will be month 12 of the plan.

2.      Debtors' original Schedule J included a $400.00 entertainment expense. The Trustee objected to the excessive budget for entertainment at the creditors meeting and requested that Debtors reduce the expense to not more than $200.00 and increase the plan payment by the difference of $200.00. In response, Debtors filed an amendment to Schedule J, Doc. 21, and amended the plan, Doc. 22. The plan payment does increase by $200.00, but the increase does not occur until month 12 of the plan. Amend the plan to increase the plan payment by the amount of the excessive entertainment expense beginning not later than month 4 of the plan.

                                                            Beverly M. Burden, Chapter 13 Trustee

                                        By:     /s/ Cheryl E. James
                                                Cheryl E. James,
                                                Attorney for Trustee
                                                Ky. Bar ID: 88883
                                                P.O. Box 2204
                                                Lexington, KY  40588-2204
                                                (859) 344-1527
                                                notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on Keith A. McMain, Esq. on July 30, 2018.

                Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
        Cheryl E. James,
        Attorney for Trustee