**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:
JOHN NORMAN BRUCE
STACEY SHAWN BRUCE
DEBTORS                                                                                          CASE NO. 18-20735

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED amended plan filed July 31, 2018, Doc. 31

  1. Paragraph 1 of the report filed on July 30, 2018, Doc. 28, provides,

  Schedule I reflects a $440.81 deduction for a retirement loan payment. Debtors provided documentation showing April 9, 2019 as the month in which the final loan payment is due. Amend the plan to increase plan payments by the amount of the loan payment beginning in May of 2019, which will be month 12 of the plan.

  In response, Debtors amended the plan and increased the plan payment by $100.00. Debtors provide no explanation of why they are not increasing the plan payment by the amount of the retirement loan payment in the month after the final payment on the loan is due.

  2. In a similar fashion, at the meeting of creditors the undersigned requested that Debtors reduce their excessive entertainment budget of $400.00, to not more than $200.00 and increase the plan payment. In response, Debtors increased the plan payment, but the increase is not effective until month 12 of the plan, allowing Debtors to spend a budgeted $4,600.00 on entertainment during the first year of their chapter 13 plan. Again, Debtors offer no explanation for the delay.

  3. Debtors have repeatedly demonstrated their desire to pay less than all their disposable income toward plan payments as the Bankruptcy Code allows. *See* 11 U.S.C. § 1325(b)(1). Based on Debtors' election, the Trustee requests an order confirming this plan and requiring

Debtors to pay all claims in full. The Trustee estimates a pool of approximately $64,530.00 may be required to pay all claims in full.

          Beverly M. Burden, Chapter 13 Trustee

    By:    /s/ Cheryl E. James
          Cheryl E. James,
          Attorney for Trustee
          Ky. Bar ID: 88883
          P.O. Box 2204
          Lexington, KY  40588-2204
          (859) 344-1527
          notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on Keith A. McMain, Esq. on August 22, 2018.

          Beverly M. Burden, Chapter 13 Trustee

    By:    /s/ Cheryl E. James
          Cheryl E. James,
          Attorney for Trustee